**Order entered September 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00337-CV

**GREAT AMERICAN LLOYDS INSURANCE COMPANY AND MID-CONTINENT CASUALTY COMPANY, Appellants/Cross-Appellees**

**V.**

**VINES-HERRIN CUSTOM HOMES, L.L.C. AND HERRIN CUSTOM HOMES, INC. AND EMIL G. CERULLO, Appellees/Cross-Appellants**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-03-6903**

## ORDER

Before the Court is appellants' September 19, 2018 unopposed motion for extension of time to file reply and cross-appellees' brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 26, 2018.

/s/      DAVID EVANS
             JUSTICE